pursuant to 28 U.S.C. §§ 1915A(b); 1915(e)(2)(B). Dismissal of claims pursuant to the Heck rule is without prejudice to refiling if the underlying judgment of conviction is invalidated. The court